UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR DIAZ, ) | Case No.: 10-CV-05043-LHK |
| ) | |
| Petitioner, ) | ORDER DISMISSING CASE |
| v. ) | |
| ) | |
| JOHN W. HAVILAND, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner Hector Diaz has filed a "Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus." *See* Dkt. #7. Petitioner states that, during the pendency of this action, he has been released from the California Department of Corrections & Rehabilitation. Petitioner's motion to voluntarily dismiss his petition for writ of habeas corpus is GRANTED. This case is DISMISSED. The Clerk shall close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: March 23, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05043-LHK
ORDER DISMISSING CASE